UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANTOIWAN GIBSON, 50981-039,

        Petitioner,

v.

ERIC RARDIN,

        Respondent(s).
_____/

Case No. 25-12297

Judge F. Kay Behm

Magistrate Judge David R. Grand

**ORDER REQUIRING RESPONSIVE PLEADING**

    The petition for writ of habeas corpus having been reviewed and it appearing that the petition is not subject to summary dismissal upon initial review;

    **IT IS ORDERED** that a responsive pleading be filed in this matter on or before October 8, 2025. Petitioner shall have forty-five (45) days from the date of the responsive pleading to file a reply.

    **IT IS FURTHER ORDERED** that the Clerk of the Court serve a copy of this Order on the Respondent(s) by first class mail as provided in Rule 4, and also provide a copy to the United States Attorney for the Eastern District of Michigan.

Date: August 8, 2025

s/David R. Grand
David R. Grand
United States Magistrate Judge

---

**Certificate of Service**

    I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date: August 8, 2025

s/M. Sylvester
Deputy Clerk