United States District Court
Eastern District of Michigan

Antoiwan Gibson,

    Petitioner,

                                      Civil No. 25-cv-12297

v.

                                      Honorable F. Kay Behm
                                      Mag. Judge David R. Grand

Eric Rardin, Warden

    Respondent.

## Order Granting Government's Motion to Extend Time to File Response Brief

    The government filed a motion to extend time to file a response brief. (ECF No. 6). Based on review and full consideration of the motion, the Court finds good cause to grant the motion.

    Accordingly, the government's response to the petition for a writ of habeas corpus is due on or before October 15, 2025.

    **SO ORDERED.**

Date: October 8, 2025                                s/F. Kay Behm
                                                          F. Kay Behm
                                                          United States District Judge