United States District Court
Eastern District of Michigan

Antoiwan Gibson,

       Petitioner,                    Case No. 25-cv-12297

       -vs-

                                      Judge F. Kay Behm
Eric Rardin, Warden,             Mag. Judge David R. Grand

       Respondent.
_____/

**Second Motion, and Brief in Support, to Extend Time to File Response**

Antoiwan Gibson filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1: Petition, PageID.1-34). The Court ordered the government to respond by October 8, 2025. (ECF No. 4: Order, PageID.37). In his petition, Gibson seeks application of various earned time credits he claims have not been applied to his sentence and for immediate transfer to home confinement under the First Step Act. (ECF No. 1: Petition, PageID.2-3, 6-7).

The government filed a motion to extend the response time on October 7, 2025. (ECF No. 6). The Court granted the motion and ordered the government to respond by October 15, 2025. (ECF No. 7).

Unfortunately, the government has been unable to obtain the information required to file an accurate, timely brief. The government shutdown has impacted the undersigned's ability to get information and determine the status of Gibson's

transfer to the MDOC or to any other prerelease custody. However, the government can represent that Gibson remains in custody of the BOP. *See* https://www.bop.gov/inmateloc/, accessed as of October 15, 2025.

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and for good cause shown, the government respectfully requests a one-month extension, to November 15, 2025, to file its response to the habeas petition. However, if the government is able to obtain the necessary, accurate information required to file a response, it will file one in advance of November 15.

Concurrence was not obtained but is not required. LR 7.1(2)(D).

Respectfully submitted,

Jerome F. Gorgon, Jr.
United States Attorney

/s/ Julie A. Beck
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9717
julie.beck@usdoj.gov

Dated: October 15, 2025

United States District Court
Eastern District of Michigan

Antoiwan Gibson,

       Petitioner,                Case No. 25-cv-12297

      -vs-

                              Judge F. Kay Behm
Eric Rardin, Warden,        Mag. Judge David R. Grand

       Respondent.
_____/

**Brief in Support of Motion to Extend Time to File Response**

Antoiwan Gibson's habeas petition filed under 28 U.S.C. § 2241 alleges that he is entitled to immediate release to home confinement based on his calculation of various credits he has earned while incarcerated at FCI Milan which he claims have not been applied to reduce his custodial sentence. (R.1: Petition, PageID.2-3, 6-7). The government has been working with the Bureau of Prisons to prepare a response.

As of today, the government has been unable to obtain accurate information to advise the Court or to support a response due, in part, to the government shutdown and the furlough status of many who normally could provide information. Gibson remains in the custody of the BOP to date.

To provide the Court with the most efficient and accurate response, the government requests a brief extension of the response period to include November

3

15, 2025. Because Gibson's custodial status may change soon, extending the response time will result in judicial efficiency and will more accurately respond to Gibson's petition. This constitutes "good cause" under Fed.R.Civ.P. 6(b)(1)(A).

The district court's discretion under Rule 6 may include consideration of "the moving party's diligence in attempting to meet the deadline" and "prejudice to the nonmoving party." *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th. Cir. 2002). The government has been diligent in seeking this extension despite being unable to respond to the petition before the deadline. As for any prejudice to Gibson, he will not suffer any if the government's brief is accurate, but he may be prejudiced if the government's brief is premature and therefore not responsive. Moreover, his reply brief is not due for 45 days, which infers that the Court would not make a determination on Gibson's petition for at least another six weeks or until after he filed a reply. All of this supports that there is good cause to extend the time for the government to file a response. Fed.R.Civ.P. 6(b)(1)(A).

Because Mr. Gibson is incarcerated and representing himself, the government did not obtain concurrence, but concurrence is not required because of his status as a pro se prisoner. LR 7.1(2)(D).

Based on the foregoing, the government respectfully requests a one-month extension to file its response brief on or before November 15, 2025.

                                                          Respectfully submitted,

                                         Jerome F. Gorgon, Jr.
                                         United States Attorney

                                         /s/ Julie A. Beck
                                         Assistant United States Attorney
                                         211 W. Fort Street, Suite 2001
                                         Detroit, MI 48226
                                         (313) 226-9717
                                         julie.beck@usdoj.gov

Dated: October 15, 2025

**Certificate of Service**

I certify that on October 15, 2025, I electronically filed this motion to dismiss with the Clerk of the Court using the ECF system, and I certify that I have mailed by United States Postal Service the attached paper to the following non-ECF participant:

>Antoiwan Gibson, Reg. #50981-039
>FCI Milan
>P.O. Box 1000
>Milan, MI 48160

/s/ Julie A. Beck
Assistant United States Attorney