United States District Court
Eastern District of Michigan

Antoiwan Gibson,

    Petitioner,

v.

                                 Civil No. 25-cv-12297

                                 Honorable F. Kay Behm
                                 Mag. Judge David R. Grand

Eric Rardin, Warden

    Respondent.

---

## Order Granting Government's Second Motion to Extend Time to File Response Brief

---

The government filed a second motion to extend time to file a response brief. (ECF No. 8). Based on review and full consideration of the motion, the Court finds good cause to grant the motion.

Accordingly, the government's response to the petition for a writ of habeas corpus is due on or before November 14, 2025.

    **SO ORDERED.**

Date: October 15, 2025                                 <u>s/F. Kay Behm</u>
                                                            F. Kay Behm
                                                             United States District Judge