## Index of Exhibits

| | |
|---|---|
| 1 | Judgment |
| 2 | Rule 11 Plea Agreement |
| 3 | Government Sentencing Memorandum |
| 4 | Sentence Monitoring Computation Data |
| 5 | FSA Time Credit Assessment |
| 6 | Administrative Remedy |
| 7 | BOP Memorandum re: Detainers |
| 8 | Memorandum re: Prisoner Transfer to State Custody |
| 9 | FSA Policy Program Statement |