```
 MILBU   540*23 *            SENTENCE MONITORING           *   09-04-2025
PAGE 001         *            COMPUTATION DATA             *   15:07:17
                              AS OF 09-04-2025


REGNO..: 50981-039 NAME: GIBSON, ANTOIWAN


FBI NO...........: 502015MB6              DATE OF BIRTH: 11-30-1979 AGE:  45
ARS1.............: MIL/A-DES
UNIT.............: 4 GP                   QUARTERS.....: E02-202U
DETAINERS........: YES                    NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 07-04-2026

FINAL STATUTORY RELEASE FOR INMATE.: 01-04-2028 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 01-04-2027 VIA FSA REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: TENNESSEE, EASTERN DISTRICT
DOCKET NUMBER...................: 3:15-CR-00066-TAV-HB
JUDGE...........................: VARLAN
DATE SENTENCED/PROBATION IMPOSED: 10-03-2016
DATE COMMITTED..................: 11-07-2016
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00        $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:    $00.00

 REMARKS.......: 3:15-CR-00066-TAV-HBG-001








G0002        MORE PAGES TO FOLLOW . . .
```

```
 MILBU   540*23 *          SENTENCE MONITORING           *     09-04-2025
PAGE 002        *           COMPUTATION DATA             *     15:07:17
                            AS OF 09-04-2025


REGNO..: 50981-039 NAME: GIBSON, ANTOIWAN


------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  391    21:846 SEC 841-851 ATTEMPT

 OFF/CHG: 21USC846,21USC841(A)(1),&(B)(1)(B) CT1 CONSPIRACY TO
          DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 100G OR MORE
          OF HEROIN

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    180 MONTHS
  TERM OF SUPERVISION............:      4 YEARS
  DATE OF OFFENSE................: 03-19-2015

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-31-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-03-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 10-03-2016
TOTAL TERM IN EFFECT............:    180 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     15 YEARS
EARLIEST DATE OF OFFENSE........: 03-19-2015

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    03-18-2015    04-21-2015
                                    04-23-2015    10-02-2016




G0002         MORE PAGES TO FOLLOW . . .
```

```
 MILBU   540*23 *          SENTENCE MONITORING           *    09-04-2025
PAGE 003         *            COMPUTATION DATA           *    15:07:17
                              AS OF 09-04-2025

REGNO..: 50981-039 NAME: GIBSON, ANTOIWAN


TOTAL PRIOR CREDIT TIME.........: 564
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 803
TOTAL GCT EARNED................: 533
STATUTORY RELEASE DATE PROJECTED: 01-04-2028
ELDERLY OFFENDER TWO THIRDS DATE: 03-17-2025
EXPIRATION FULL TERM DATE.......: 03-17-2030
TIME SERVED.....................:     10 YEARS      5 MONTHS     17 DAYS
PERCENTAGE OF FULL TERM SERVED..:  69.7
PERCENT OF STATUTORY TERM SERVED:  81.7

PROJECTED SATISFACTION DATE.....: 01-04-2027
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 365

REMARKS.......: 7-31-17 SENTENCE TO A CONCURRENT STATE CASE.
                10-30-17 JAIL CREDIT REVIEWED UPON STATE SENTENCING. 2 DAYS
                REMOVED DUE TO STATE AWARDED CREDIT. B/PLG.
                5-31-19 GCT UPDT B/PLG;03-31-20 GCT UPDT PURSUANT TO FSA B/LMH




G0002       MORE PAGES TO FOLLOW . . .
```

```
 MILBU   540*23 *           SENTENCE MONITORING            *     09-04-2025
PAGE 004 OF 004 *            COMPUTATION DATA              *     15:07:17
                              AS OF 09-04-2025

REGNO..: 50981-039 NAME: GIBSON, ANTOIWAN


----------------------------- CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 08-15-2017
JURISDICTION.: STATE OF MICHIGAN
AUTHORITY....: MICHIGAN DEPARTMENT OF CORRECTIONS
CHARGES......: DEL/MAF CONTROLLED SUBSTANCE  2017-263325-FH
               9-40 YEARS CC




 G0000          TRANSACTION SUCCESSFULLY COMPLETED
```