**FSA Time Credit Assessment**

Register Number:50981-039, Last Name:GIBSON

## U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

```
Register Number....: 50981-039         Responsible Facility: MIL
Inmate Name                            Assessment Date.....: 09-16-2025
   Last.............: GIBSON           Period Start/Stop...: 12-21-2018 to 09-16-2025
   First............: ANTOIWAN         Accrued Pgm Days....: 2461
   Middle...........:                  Disallowed Pgm Days.: 0
   Suffix...........:                  FTC Towards RRC/HC..: 835
Gender.............: MALE              FTC Towards Release.: 365
Start Incarceration: 10-03-2016        Apply FTC to Release: Yes
```

```
Start       Stop        Pgm Status    Pgm Days
12-21-2018  07-17-2019  accrue        208
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
---------------------------------------------------------------------------------
Start       Stop        Pgm Status    Pgm Days
07-17-2019  09-16-2025  accrue        2253
  Accrued Pgm Days...: 2253
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 1140
```

--- FSA Assessment(s) -----------------------------------------------------------

| #   | Start      | Stop       | Assignment | Asn Start         | Factor |
|-----|------------|------------|------------|-------------------|--------|
| 001 | 12-21-2018 | 01-18-2019 | R-LW       | 04-28-2021 11:35  | 10     |
| 002 | 01-18-2019 | 07-17-2019 | R-LW       | 04-28-2021 11:35  | 10     |
| 003 | 07-17-2019 | 01-13-2020 | R-LW       | 04-28-2021 11:35  | 15     |
| 004 | 01-13-2020 | 07-11-2020 | R-LW       | 04-28-2021 11:35  | 15     |
| 005 | 07-11-2020 | 01-07-2021 | R-LW       | 04-28-2021 11:35  | 15     |
| 006 | 01-07-2021 | 07-06-2021 | R-LW       | 04-28-2021 11:35  | 15     |
| 007 | 07-06-2021 | 01-02-2022 | R-LW       | 04-28-2021 11:35  | 15     |
| 008 | 01-02-2022 | 07-01-2022 | R-LW       | 10-27-2021 09:22  | 15     |
| 009 | 07-01-2022 | 12-28-2022 | R-LW       | 04-20-2022 10:51  | 15     |
| 010 | 12-28-2022 | 06-26-2023 | R-LW       | 10-07-2022 10:14  | 15     |
| 011 | 06-26-2023 | 12-23-2023 | R-LW       | 04-19-2023 10:53  | 15     |
| 012 | 12-23-2023 | 06-20-2024 | R-LW       | 10-03-2023 19:42  | 15     |
| 013 | 06-20-2024 | 12-17-2024 | R-LW       | 01-17-2024 08:13  | 15     |
| 014 | 12-17-2024 | 06-15-2025 | R-LW       | 07-12-2024 10:16  | 15     |
| 015 | 06-15-2025 | 12-12-2025 | R-LW       | 01-07-2025 08:44  | 15     |

**FSA Time Credit Assessment**
Register Number:50981-039, Last Name:GIBSON

**U.S. DEPARTMENT OF JUSTICE**             **FEDERAL BUREAU OF PRISONS**

---

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only -----------------
  All conditional days and conditional dates below are the individual's best case scenario
  given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
  09-16-2025. These dates can change if there are changes to one or more of the following: the
  individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

  **SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
  OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
  REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
  ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
  FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
  CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
  (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
  WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
  (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.**
---
  Projected Release Date: 01-04-2028
  Projected Release Method: GCT REL
  FSA Projected Release Date: 01-04-2027
  FSA Projected Release Method: FSA REL
  FSA Conditional Release Date: 01-04-2027
  SCA Recommended Placement Days (Following 5 Factor Review): N/A
  SCA Recommended Placement Date: N/A
  SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182
  FSA Conditional Placement Days: 835
  FSA Conditional Placement Date: 09-21-2024
  Conditional Transition To Community Date: 09-21-2024
  Max. Statutory HC Placement Date (if approp.): 03-23-2024
  Recommended HC Placement Date (if approp.): N/A
--- SCA Ineligible ------------------------------------------------------------------
--- Detainers
  Id  Lodged       Org  Authority
  001 08-15-2017   SMI  MICHIGAN DEPARTMENT OF CORRECTIONS