```
 MILBU            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-04-2025
PAGE 001 OF                                                          15:14:55
       FUNCTION: L-P SCOPE: REG    EQ 50981-039    OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____   DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _               RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____       ____       ____       ____       ____       ____
RCV FACL.: EQ ____       ____       ____       ____       ____       ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____       ____       ____       ____       ____       ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002       MORE PAGES TO FOLLOW . . .
```

```
MILBU            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-04-2025
PAGE 002 OF 002 *              SANITIZED FORMAT                *    15:14:55

 REMEDY-ID     SUBJ1/SUBJ2  --------------------ABSTRACT----------------------
               RCV-OFC      RCV-FACL     DATE-RCV      STATUS     STATUS-DATE

1077980-F1     31ZM/        CLAIMS QUALIFIES FOR TIME OFF SENTENCE/COMP
               MIL          MIL          04-22-2021    CLD        06-11-2021

1083669-F1     31ZM/        WANTS TO RECEIVE 15 DAYS PER MONTH GOOD TIME
               MIL          MIL          06-08-2021    CLD        07-09-2021

1077980-R1     31ZM/        CLAIMS QUALIFIES FOR TIME OFF SENTENCE/COMP
               NCR          MIL          06-29-2021    CLO        07-27-2021

1077980-A1     30ZM/        CLAIMS QUALIFIES FOR TIME OFF SENTENCE/COMP
               BOP          MIL          09-27-2021    REJ        10-18-2021

1152479-R1     30ZM/        FSA CREDITS
               NCR          MIL          02-24-2023    REJ        02-24-2023

1159620-F1     19ZM/        APPEALING FSA DENIAL OF TIME CREDITS
               MIL          MIL          04-28-2023    CLD        05-26-2023

1237452-F1     38DM/        INMATE STATES FSA ARE INCORRECT
               MIL          MIL          04-17-2025    CLD        06-06-2025




              7 REMEDY SUBMISSION(S) SELECTED
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```