

**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

*Office of the Warden*                                    *Milan, MI 48160*

May 30, 2025

**MEMORANDUM FOR**   **R. STOVER, SENIOR DEPUTY ASSISTANT DIRECTOR
GRAND PRAIRIE OFFICE COMPLEX**

THRU:              A. MATEVOUSIAN, REGIONAL DIRECTOR
                   NORTH CENTRAL REGIONAL OFFICE

FROM:              E. BARDEN, WARDEN

SUBJECT:           TRANSFER OF PRISONER TO STATE CUSTODY
                   GIBSON, ANTOIWAN  REG. NO.: 50981-039

Inmate GIBSON, Antoiwan, Reg. No. 50981-039 is being referred
for a transfer to the State of Michigan Department of
Corrections, per Program Statement 5140.35, <u>Transfer of a
Prisoner to State Custody Prior to Release from the Federal
Sentence</u> and Program Statement 5410.01, First Step Act of 2018 –
Time Credits:<u>Procedures for Implementation of 18 U.S.C. 3632
(d)(4)</u>.

**State of Michigan Charge:**

*Inmate GIBSON was sentenced on July 31st, 2017, to 9-40 years of
imprisonment for dealing and manufacturing narcotics 50-449
grams.*

**Federal Charge:**

*Inmate GIBSON was sentenced on October 3rd, 2016, to 15 years of
imprisonment with 4 years of supervision for Conspiracy to
Distribute and Possess with Intent to Distribute 100 Grams or
More of Heroin.*

Subject: Gibson, Antoiwan Reg. No.: 50981-039

On November 20, 2024, the Correctional Systems Department at the Federal Correctional Facility in Milan Michigan sent a Detainer Action letter to the agency that has placed the state logged detainer. The purpose of this DAL was to advise the MDOC of the potential placement of inmate GIBSON into the community and request a statement of action of their intent. The MDOC, with the assistance of the Oakland County Sheriff's Department has requested to take custody of inmate GIBSON.

During Program Review, it was determined that GIBSON is eligible to apply his earned First Step Time Credits towered a community-based program. However, inmate GIBSON has a state lodged detainer with the State of Michigan. A letter was sent on March 3rd, 2025, to the State Governor's Office detailing the potential release of inmate GIBSON to the Residential Reentry Center or home confinement, with a state sentence running concurrently. No Response was received from the Governor's Office.

Inmate GIBSON does not have public safety factors and this transfer to state custody is in the public interest due to unresolved issues with the State of Michigan. Inmate GIBSON has no unsatisfied commitments or other fines. If approved, the Oakland County Sheriff's Department will provide the transportation of inmate GIBSON to the MDOC custody.

We are including copies of the State's request to take custody, including a certified copy of the indictment, information, or judgment of conviction. There are no other detainers or objections from other jurisdictions that have detainers on file.

If you have any questions or concerns, please contact Matthew Burnett, Case Management Coordinator, (734) 734-1511.

 Outlook

Gibson 50981-039

**From** Torres, Samuel (BOP) <Storres@bop.gov>
**Date** Wed 4/23/2025 4:18 PM
**To** Burnett, Matthew (BOP) <mburnett@bop.gov>

📎 2 attachments (830 KB)
#341927 Gibson, Antoiwan MEMO.doc; #341927 Gibson-Judgement of Sentence.pdf;

The attached information needs to be sent to Scott Kesler, Senior Regional Correctional Programs Specialist. Please advise once it has been sent to him, as this is a time sensitive matter.

Thank you

**Samuel Torres**
**Supervisory Correctional Systems Specialist**
**FCI Milan**
4004 East Arkona Rd
Milan, MI 48160

(734) 439-5576
Storres@bop.gov

4/14/25, 3:01 PM  Mail - Torres, Samuel (BOP)...look

 Outlook

---

### [EXTERNAL] Inmate Antoiwan GIBSON #50981-039

---

**From** OCSO Writ <ocsowrit@oakgov.com>

**Date** Mon 4/14/2025 9:24 AM

**To** Torres, Samuel (BOP) <Storres@bop.gov>

Good morning,

As per our phone conversation inmate Antoiwan GIBSON #50981-039 is sentenced to 9 to 40 years MDOC. We would like to take custody of him when he is done with your charges.

Thank you





# Deputy Mark Fletcher

Court Services | Detention

## SATELLITES & COURT SERVICES DIVISION

1200 N. Telegraph Rd. - Bldg. 12E
Pontiac, Michigan 48341
Telephone: 248.452.2023 | Fax: 248.975.4397
Email: fletcherm@oakgov.com
Website: www.oaklandsheriff.com

# Oakland County Sheriff's Office

**OFFICIAL SECURITY NOTICE:** This E-mail (including attachments is covered by the Electronics Communications Privacy Act, 18 U.S.C. Sec. 2510-2521, is confidential and may be official, proprietary or legally privileged. The information is solely for the use of the addressee named above. If you are not the intended recipient, any disclosure, copying, distribution, or other use of the contents of this information is strictly prohibited. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. If you have received this E-mail in error, please notify us by return E-mail and delete this message. Thank you.



STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI WASHINGTON
DIRECTOR

April 23, 2025

Samuel Torres
Supervisory Correctional Systems Specialist
FCI Milan
4004 East Arkona Rd
Milan MI 48160

Mr. Torres, I have attached a copy of the Judgement of Sentence on docket #2017-263325-FH out of the 6th Circuit Court in Oakland County Michigan for MDOC #341927 Gibson, Antoiwan Leshawn (dob 11/30/1979). This offender has never been delivered to the Michigan Department of Corrections to start serving his 9 to 40 year prison sentence under docket #2017-263325-FH.

This letter is to inform you that the MDOC does want to take Mr. Gibson into custody to complete his State of Michigan prison sentence. I have been made aware that Oakland County did issue the detainer.

Mr. Gibson has not met his MDOC minimum prison sentence and cannot be released into the community without the State of Michigan Parole Board granting him a parole on docket #2017-263325-FH.

If you need any additional information, please feel free to contact me.

Gena A Young
Administrative Assistant
MDOC Central Records Administration
1760 E. Parnall Road
Jackson MI 49201
517-780-6874

Good afternoon,

I am working remotely today, and I do not have a state issued cell phone to call you back. (I will be in the office tomorrow from 8:00 am to 4:30 pm) Mr. Gibson has a 9 to 40 year MDOC prison sentence under Oakland County docket #17-263325-FH. His MDOC Maximum date is not until 7/31/2057. Once he completes his federal prison sentence, he needs to be delivered to RGC in Jackson. (I have a note that Oakland County did issue a detainer) If this is correct you would need to make arrangements with Oakland County for transportation. His MDOC minimum date is not until 7/31/2026 and he cannot be released into the community without the State of Michigan granting him a parole. The MDOC Parole board does not see offender's remotely that have not ever been delivered to the MDOC. Let me know if you need any other information.

Thank you,

Gena A Young

Central Records Administration

1760 E. Parnall Road

Jackson MI 49201

517-780-6874

**From:** Torres, Samuel (BOP) <Storres@bop.gov>
**Sent:** Tuesday, April 22, 2025 12:52 PM
**To:** Young, Gena (MDOC) <YoungG1@michigan.gov>
**Subject:** Early Release

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Please call me in-regards to the following inmate releasing to your custody.

GIBSON, ANTOIWAN

 Outlook

**[EXTERNAL] RE: Early Release**

**From** Young, Gena (MDOC) <YoungG1@michigan.gov>
**Date** Wed 4/23/2025 3:48 PM
**To** Torres, Samuel (BOP) <Storres@bop.gov>

📎 2 attachments (830 KB)
#341927 Gibson, Antoiwan MEMO.doc; #341927 Gibson-Judgement of Sentence.pdf;

I apologize for the delay; my supervisor sent me on a mission. I hope the attachments are what you are looking for.

Gena A Young
Central Records Administration

**From:** Torres, Samuel (BOP) <Storres@bop.gov>
**Sent:** Wednesday, April 23, 2025 1:40 PM
**To:** Young, Gena (MDOC) <YoungG1@michigan.gov>
**Subject:** Re: Early Release

---

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

---

Hey Gena,
When you get a chance, can you give me a call.
(734) 439-5576

**Samuel Torres**
**Supervisory Correctional Systems Specialist**
**FCI Milan**
4004 East Arkona Rd
Milan, MI 48160

(734) 439-5576
Storres@bop.gov

---

**From:** Young, Gena (MDOC) <YoungG1@michigan.gov>
**Sent:** Tuesday, April 22, 2025 1:11 PM
**To:** Torres, Samuel (BOP) <Storres@bop.gov>
**Subject:** [EXTERNAL] RE: Early Release



**U.S. Department of Justice**
Federal Bureau of Prisons

_Correctional Programs Branch_

_FCI Milan_
_P.O. Box 9999_
_Milan, MI 48160_

March 3, 2025

Governor Gretchen Whitmer
P.O. Box 30013
Lansing, Michigan 48909

Re: Gibson, Antoiwan
Register Number: 50981-039

Dear Governor:

The above referenced inmate was sentenced in the Eastern District of Tennessee
to a 180-month term of incarceration for conspiracy to distribute and
possession with intent to distribute 100 grams or more of heroin, and has a
projected release date of January 4, 2027, via First Step Act Release.    Under
the First Step Act and in addition to the early release, the offender is
eligible for Federal Time Credits to be applied toward early transfer to pre-
release community placement which could include halfway house and/or home
confinement. These additional days would result in a community-based placement
no earlier than April 01, 2025.   The offender plans on releasing to the Taylor,
MI area upon release from custody and is expected to be placed in a community-
based program or halfway house in this vicinity.

Our records indicate the offender has detainer for DEL/MAF Controlled
Substance, 2017-263325-FH from the State of Michigan.   Under 18 U.S.C. §3623,
the State may request the offender be transferred to the State authority's
custody prior to the offender's release from the Federal sentence.   For
additional information, please refer to Program Statement 5140.35, <u>Transfer of
a Prisoner to State Custody Prior to Release from the Federal Sentence</u>.   To
initiate, please send a written request to my office.

If I can be of any further assistance or if you have any question, please
contact my office.

Sincerely,

E. Rardin
Warden
Federal Correctional Institution, Milan, MI

cc: State Attorney General

BP-A0394
APR 10

**DETAINER ACTION LETTER**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| TO: Oakland County Sheriff's Office 1200 N Telegraph Road Building #38E, Pontiac, MI 48341 | Institution Milan Federal Correctional Institution PO BOX 9999 Milan, MI 48160 | |
|---|---|---|
| | Date | 11/20/2024 |

| Case/Dkt# 2017-263325-FH | Inmate's Name GIBSON, ANTOIWAN | Fed. Reg. No. 50981-039 | DOB/SEX/RACE 11-30-1979 |
|---|---|---|---|
| Aliases | | Other No. | |

The below checked paragraph relates to the above named inmate:

☐ This office is in receipt of the following report:_____.

Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have if lodged as a detainer. If you have no further interest in subject, please forward a letter indicating so.

☑ A detainer has been filed against this subject in your favor charging DEL/MAF CONTROLLED SUBSTANCE 2017-263325-FH
_____. Release is tentatively scheduled for           01/04/2027

however, we will again notify you no later than **60 days** prior to actual release. **To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.**

☐ Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐ Your detainer warrant has been removed on the basis of the attached _____ . Notify this office immediately if you do not concur with this action.

☐ Your letter dated_____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____ .

☐ I am returning your _____ on the above named inmate who was committed to this

institution on _____ to serve _____ for the offense of

_____ . If you wish your

_____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

☑ Other:

Projected release date 01-04-2027. The above referenced person is eligible for community-based, pre-release placement under the First StepAct (FSA) and has a referral for a tentative placement on (date to be determined) in a Residential Reentry Center (RRC) located in or around his/her release residence Morgantown, WV. If your office would like to keep the detainer and take custody of the inmate before his Federal sentence is completed please respond in 30 days.

Sincerely,
S. Torres SCSS
734-439-5576

Inmate Systems Manager

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy Central File (Section 1); Copy - Correctional Services Department

PDF                    Prescribed by P5800                    (Replaces BP-394(58) dtd MAR 03)

| STATE OF MICHIGAN 6th JUDICIAL CIRCUIT COUNTY OF OAKLAND | JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS | CASE NO. 2017-263325-FH |
|---|---|---|

**ORI: MI-630015J   Court Address:** 1200 N. Telegraph Rd.,   Pontiac, MI 48341

**Court telephone no:** 248-858-7960

**Police Report No.**

| THE PEOPLE OF THE STATE OF MICHIGAN | V | Defendant's name, address, and telephone no. 313-207-4044 GIBSON, ANTOIWAN, LESHAWN, 8512 WISCONSIN DETROIT                        MI      48204 |
|---|---|---|

| CTN/TCN 63-15-021708-01 | SID 2048926H | DOB 11/30/1979 |
|---|---|---|

| Prosecuting Attorney Name JESSICA R. COOPER | Bar No. P23242 | Defendant Attorney Name DANIEL P. HILF | Bar No. P55533 |
|---|---|---|---|

## THE COURT FINDS:

1. The defendant plead / found guilty on 07/05/2017   of the crime(s) stated below:

| Count | CONVICTED BY | | | Crime | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|---|---|---|
| | Plea | Court | Jury | | |
| 1 | G | | | C/S-DEL/MANF (NARC) 50-449 GRM | 333.74012A3 |

**** SENTENCE ENHANCED PURSUANT TO MCL 769.13(4TH)

*For plea: insert "G" for guilty plea, "NC" for nolo contendere, or "MI" for guilty but mentally ill. For dismissal: insert "D" for dismissed by court or "NP" for dismissed by prosecutor/plaintiff.

☐ 2. The conviction is reportable to the Secretary of State under MCL 257.625(20)(b).

☐ 3. HIV testing and sex offender registration is completed.                    Defendant's driver license number _____

☐ 4. The defendant has been fingerprinted according to MCL 28.243.

## IT IS ORDERED:

☐ 5. Probation is revoked.

6. Participating in a special alternative incarceration unit is ☒ prohibited. ☐ permitted.

7. Defendant is sentenced to custody of Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM | | | MAXIMUM | | | DATE SENTENCE BEGINS | JAIL CREDIT | | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Years | Mos. | Days | Years | Mos. | Days | | Mos. | Days | |
| 1 | 07312017 | 009 | 0 | 0 | 040 | 0 | 0 | 07312017 | 0 | 122 | |

☐ 8. Sentence(s) to be served consecutively to: (if this item is not checked, the sentence is concurrent)

☐ each other. ☐ case numbers _____ ☐ parole.

9. Defendant shall pay as follows:

PAY $130.00 ASSESSMENT FOR THE CRIME VICTIM RIGHTS FUND. PAY ATTORNEY FEES.

Fines, Costs, and Fees not paid within 56 days of the date of this judgment are subject to a 20% late penalty on the amount owed.

☐ 10. The concealed pistol license shall be ☐ suspend for _____ days ☐ permanently revoke the concealed weapon license, permit number _____ , issued by _____ County.

11. Court recommendation:

PRESERVE ALL FINES & FEES PURSUANT TO STATUTE. THE DEFENDANT SHALL PAY RESTITUTION, CRIME VICTIM FEES, COSTS, ATTORNEY FEES AND/OR FINES OWING TO THE OAKLAND COUNTY REIMBURSEMENT. PAY $100 COURT COSTS.

**CC219b (6/05) JUDGMENT OF SENTENCE, COMMITMENT TO DEPARTMENT OF CORRECTIONS**
*Page 1*
**JAIL/CORRECTIONS**

| STATE OF MICHIGAN 6th JUDICIAL CIRCUIT COUNTY OF OAKLAND | JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS | CASE NO. 2017-263325-FH |
|---|---|---|

ORI: MI-630015J   Court Address: 1200 N. Telegraph Rd., Pontiac, MI 48341   Court telephone no: 248-858-7960
Police Report No.

| THE PEOPLE OF THE STATE OF MICHIGAN | V | Defendant's name, address, and telephone no. 313-207-4044 GIBSON, ANTOIWAN, LESHAWN, 8512 WISCONSIN DETROIT            MI       48204 |
|---|---|---|

| | | CTN/TCN 63-15-021708-01 | SID 2048926H | DOB 11/30/1979 |
|---|---|---|---|---|

| Prosecuting Attorney Name JESSICA R. COOPER | Bar No. P23242 | Defendant Attorney Name DANIEL P. HILF | Bar No. P55533 |
|---|---|---|---|

DATED: 07/31/2017

/s/DANIEL P. O'BRIEN

HON. DANIEL P. O'BRIEN                    P51394

Under MCL 769.16A the court clerk shall send a copy of this order to the Michigan State Police Criminal History Record.

I certify that this is a correct and complete abstract from the original court records. The sheriff shall, without needless delay, deliver defendant to the Michigan Department of Corrections at a place designated by the department.

Deputy court clerk

MCL 765.15(2), MCL 769.16a, MCL 775.22, MCL 780.766
MCR 6.427(A)

CC219b (6/05) JUDGMENT OF SENTENCE, COMMITMENT TO DEPARTMENT OF CORRECTIONS
Page 2
JAIL/CORRECTIONS