UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTOIWAN GIBSON,

        Petitioner,

                              CASE NO. 4:25-CV-12297
v.                            HONORABLE F. KAY BEHM

ERIC RARDIN,

        Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus, the Honorable F. Kay Behm, United States District Judge, presiding, and in accordance with the Opinion & Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Date:  January 7, 2026                      s/F. Kay Behm
                                                  F. Kay Behm
                                                  United States District Judge